JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY WILSON,<br>Petitioner,<br>v.<br>JOSIE GASTELO, Warden,<br>Respondent. | Case No. CV-17-01774-DOC (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 1, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE